FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 13 A 11: 32

CLERK'S OFFICE
BY____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

GIOVANNA FUMORALA, )
)
    Plaintiff )
)
v. ) Case No.: 1:12-cv-02262-MJG
)
ABSOLUTE RESOLUTIONS CORP. )
and ABSOLUTE COLLECTIONS )
CORP., )
)
    Defendant )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: December 11, 2012

BY: /s/Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Bar ID No. 29950
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

SO ORDERED, on Wednesday, December 12, 2012.

_____/s/_____
Marvin J. Garbis
United States District Judge